THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HARRIS, Appellant. [716 NYS2d 294] —Judgment, Supreme Court, New York County (William Leibovitz, J.), rendered December 8, 1999, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the court's determinations concerning credibility. Concur—Williams, J. P., Mazzarelli, Ellerin, Wallach and Saxe, JJ.